IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                     :
  et al.,                                         :   Case No. 01-0974 (LHK)
              Debtors,                            :   Jointly Administered
                                                  :
-------------------------------------------------------------x
                                                              Civ. No. 05-107-SLR
GARY SEITZ, as Chapter 11 Trustee of              :
E. SPIRE COMMUNICATIONS, INC.,                    :
              Plaintiff,                          :
                                                  :
         -v.-                                     :
                                                  :   Adv. Pro. No. 04-53928 (LHK)
SEAN SCARLIS, ANTHONY POMPLIANO,                  :
DAVID PIAZZA and BRADLEY SPARKS,                  :
              Defendants.                         :
-------------------------------------------------------------x
```

### ORDER

Upon the Motion of Defendants, Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks, for Withdrawal of the Reference of Adversary Proceeding (the "Motion"), and adequate notice having been given; and based upon the arguments and for cause shown, it is hereby

ORDERED that, the Motion is GRANTED, and the automatic reference of the above-captioned adversary proceeding is hereby withdrawn from the Bankruptcy Court to this Court.

SO ORDERED this 16th day of March, 2005. SLR

_____
, United States District Judge

17258568
DNC/108570-0001/1058236/1