IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                       :
 *et al.*,                                          :   Case No. 01-0974 (DDS)
                                                    :   Jointly Administered
           Debtors,                                 :
                                                    :
----------------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee of                :
E. SPIRE COMMUNICATIONS, INC.,                      :
                                                    :   Civ. No. 05-107 (SLR)[1]
           Plaintiff,                               :
                                                    :
      -against-                                     :
                                                    :
SEAN SCARLIS, ANTHONY POMPLIANO,                    :
DAVID PIAZZA and BRADLEY SPARKS,                    :
                                                    :
           Defendants.                              :
----------------------------------------------------------------x

## JOINT STIPULATION ON EXTENSIONS OF TIME

This STIPULATION is made by and between plaintiff Gary Seitz, Chapter 11 Trustee of e.spire Communications, Inc. (the "Trustee"), and defendants Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks (collectively, "Defendants"), by their respective undersigned counsel, as follows:

WHEREAS the parties have reached an oral settlement in principle and are desirous of avoiding further litigation while a written settlement agreement is prepared and submitted to the Court and the creditors for approval;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and the Defendants that:

---

[1]   Formerly docketed in the bankruptcy court as Adv. Pro. No. 04-53928 (DDS).

NYDB01 17286447.1  22-Mar-05 11:31

1. The time for Defendants to move, answer or otherwise respond to the Complaint in the above-captioned adversary proceeding 05-107 (SLR), which asserts state law claims of breach of fiduciary duty, fraud, and contribution, is extended to and including May 31, 2005.

2. The Defendants' Motion to Determine Non-Core Status, which was filed in the bankruptcy court in this adversary proceeding, is moot, as a result of the withdrawal of the reference herein.

Dated: March 21, 2005

| THE BAYARD FIRM | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ | By: /s/ |
| Daniel K. Astin (No. 4068) | Lewis H. Lazarus (No. 2374) |
| Gary Seitz (No. 4457) | Douglas N. Candeub (No. 4211) |
| Anthony M. Saccullo (No. 4141) | 222 Delaware Avenue |
| 222 Delaware Avenue, Suite 900 | 10th Floor, P. O. Box 2306 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 888-6800 |
| E-mail: dastin@bayardfirm.com | E-mail: llazarus@morrisjames.com |
| E-mail: asaccullo@bayardfirm.com | E-mail: dcandeub@morrisjames.com |
| -and- | -and- |
| STORCH AMINI & MUNVES PC | MAYER BROWN ROWE & MAW LLP |
| Bijan Amini | Richard A. Spehr |
| Avery Samet | Joseph De Simone |
| Two Grand Central Tower, 25th Floor | Leslie E. Chebli |
| New York, NY 10017 | 1675 Broadway |
| (212) 490-4100 | New York, NY 10019 |
| E-mail: bamini@samlegal.com | (212) 506-2500 |
| E-mail: asamet@samlegal.com | E-mail: rspehr@mayerbrownrowe.com |
| | E-mail: jdesimone@mayerbrownrowe.com |
| *Counsel to GARY SEITZ, Chapter 11* | E-mail: lchebli@mayerbrownrowe.com |
| *Trustee of e.spire Communications, Inc.* | |
| | *Attorneys for Sean Scarlis and Bradley Sparks* |

MORRIS, NICHOLS, ARSHT & TUNNELL

By: _____
Donna L. Culver (#2983)
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: dculver@mnat.com

-and-

SACHNOFF & WEAVER, LTD.
Brian D. Roche
Jeffrey H. Bergman
Randall D. Lehner
30 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
E-mail: broche@sachnoff.com
E-mail: rlehner@sachnoff.com

*Attorneys for Anthony Pompliano and David Piazza*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E.SPIRE COMMUNICATIONS, INC., et al. | ) | Case No. 01-00974 (LHK) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| GARY SEITZ, as Chapter 11 Trustee of E.SPIRE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 05-107 (SLR)[1] |
| | ) | |
| SEAN SCARLIS, ANTHONY POMPLIANO, DAVID PIAZZA and BRADLEY SPARKS, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF KIM RAULSOME, PARALEGAL

STATE OF DELAWARE   :
                    : SS
NEW CASTLE COUNTY   :

I, Kim Raulsome, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 22, 2005, I caused service of the following:

### JOINT STIPULATION ON EXTENSIONS OF TIME

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date: March 22, 2005

Kim Raulsome

---

[1] Formerly docketed in the bankruptcy court as Adv. Pro. No. 04-53928 (DDS).

KRX/108570-0001/1102639/1 3/22/2005

SWORN AND SUBSCRIBED before me this 22nd day of March, 2005.

_____
NOTARY
My commission expires:_____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

**VIA HAND DELIVERY**

Daniel K. Astin, Esquire
Gary Seitz, Esquire
Anthony M. Saccullo, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000

Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**

Bijan Amini, Esquire
Avery Samet, Esquire
Storch Amini & Munves PC
Two Grand Central, 25th Floor
140 East 45th Street
New York, N.Y. 10017
Telephone: (212) 490-4100

Richard A. Spehr, Esquire
Joseph De Simone, Esquire
Leslie E. Chebli, Esquire
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Brian D. Roche, Esquire
Jeffrey H. Bergman, Esquire
Randall D. Lehner, Esquire
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, 29th Floor
Chicago, Illinois 60606