IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                   :
 et al.,                                        :   Case No. 01-0974 (DDS)
                                                :   Jointly Administered
             Debtors,                           :
                                                :
-----------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee of            :
E. SPIRE COMMUNICATIONS, INC.,                  :   Civ. No. 05-107 (SLR)[1]

             Plaintiff,                         :
                                                :
          -against-                             :
                                                :
SEAN SCARLIS, ANTHONY POMPLIANO,                :
DAVID PIAZZA and BRADLEY SPARKS,                :
                                                :
             Defendants.                        :
-----------------------------------------------------------x
```

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED, on this ___ day of _____ 2005, that the Joint Stipulation On Extensions of Time, submitted by the parties in the above captioned proceedings on March 22, 2005, is hereby approved.

_____
The Honorable Sue L. Robinson,
United States District Judge

---

[1] Formerly docketed in the bankruptcy court as Adv. Pro. No. 04-53928 (DDS).

NYDB01 17286447.1  22-Mar-05 11:31