IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 01-0974 (LHK)<br>) Jointly Administered<br>) |
| GARY SEITZ, as Chapter 11 Trustee<br>of E.SPIRE COMMUNICATIONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　- v. -<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>　　　　　　Defendants. | )<br>)<br>) Adv. Pro. No. 04-53928 (LHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk:<br>　　　824 Market Street, 3rd Floor<br>　　　Wilmington, DE 19801 |
|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Daniel K. Astin<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>(302) 655-5000 | Bijan Amini<br>STORCH AMINI & MUNVES PC<br>Two Grand Central, 25th Floor<br>140 East 45th Street<br>New York, NY 10017<br>(212) 490-4100 |
|---|---|

550364v1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| United States Bankruptcy Court<br>824 Market Street, 6th Floor<br>Wilmington, Delaware  19801 | Room:<br>To Be Determined |
|---|---|
| | Date and Time:<br>To Be Determined |



**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
     of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date:  August 6, 2004

550364v1