## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E.SPIRE COMMUNICATIONS INC., | ) | Case No. 01-974 (LHK) |
| *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER REASSIGNING CASE

The adversary proceedings listed on Exhibit A attached hereto are hereby reassigned to the Honorable Paul B. Lindsey.

_____
LOUIS H. KORNREICH
UNITED STATES BANKRUPTCY JUDGE

When filing papers, please include the initials of the Judge assigned to the case.

Dated: September 1, 2004

cc: The Honorable Mary F. Walrath
John D. McLaughlin, Jr., Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.

# EXHIBIT A

# Judge Kornreich's Open Preference Adversaries

## Lead Case: 01-00974-LHK  E.SPIRE COMMUNICATIONS, INC.

| Adv # | Caption |
|---|---|
| 02-06860-LHK | Gordon, Silberman, Wiggins & Childs v. E.Spire Communications, Inc. |
| 03-51558-LHK | e.spire Communications, Inc. v. Carrier Access Corporation |
| 03-51567-LHK | e.spire Communications, Inc. v. Edwards and Kelcey Architectural & Design Services |
| 03-51569-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Graybar Electric Company, Inc. |
| 03-51577-LHK | e.spire Communications, Inc. v. Netsolve Incorporated |
| 03-51580-LHK | e.spire Communications, Inc. v. Newbasis LLC |
| 03-51581-LHK | e.spire Communications, Inc. v. Nortel Networks Inc. |
| 03-51588-LHK | e.spire Communications, Inc. v. OBJECTIVE SYSTEMS INTEGRATORS, INC. |
| 03-51590-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. Interstate FiberNet, Inc. |
| 03-51609-LHK | E.Spire Communications, Inc., et al. v. Sybase, Inc. |
| 03-51635-LHK | E.SPIRE COMMUNICATIONS, INC. v. CLEVELAND INSPECTION SERVICES, INC. |
| 03-51637-LHK | E.SPIRE COMMUNICATIONS, INC. v. Concept Solutions, LLC |
| 03-51644-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. Black Box NETWORKS SERVICES et al |
| 03-51647-LHK | espire communications, Inc. v. AMERICON INTERNATIONAL, INC., |
| 03-51648-LHK | espire communications, Inc. v. ARMORCAST PRODUCTS COMPANY |
| 03-51649-LHK | E.SPIRE COMMUNICATIONS, INC. v. UtiliQuest, LLC |
| 03-51653-LHK | E.SPIRE COMMUNICATIONS, INC. v. FIBER SOURCE COMMUNICATIONS, INC. |
| 03-51663-LHK | espire communications, Inc. v. DANIEL UTILITY CONSTRUCTION, INC., |

# Judge Kornreich's Open Preference Adversaries

## Lead Case: 01-00974-LHK  E.SPIRE COMMUNICATIONS, INC.

| Adv # | Caption |
|---|---|
| 03-51664-LHK | E.SPIRE COMMUNICATIONS, INC. v. GRD CONSTRUCTION INC. et al |
| 03-51675-LHK | espire communications, Inc. v. FIBERCO INC., |
| 03-51676-LHK | espire communications, Inc. v. fibertech et al |
| 03-51677-LHK | espire communications, Inc. v. FLIPPO CONSTRUCTION INC., |
| 03-51682-LHK | E.SPIRE COMMUNICATIONS, INC. v. SONEX ENTERPRISES, INC. |
| 03-51685-LHK | espire communications, Inc. v. GLOBAL INTERNATIONAL INC. JOHNSTON ACCT., |
| 03-51699-LHK | E.SPIRE COMMUNICATIONS, INC. v. Mustang Utility Contractors, Inc. |
| 03-51704-LHK | E.SPIRE COMMUNICATIONS, INC. v. N TO N FIBER INC. |
| 03-51707-LHK | E.SPIRE COMMUNICATIONS, INC. v. NATIONAL CABLE CONSTRUCTION, INC. |
| 03-51709-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. Teltek Sales Inc. |
| 03-51713-LHK | espire communications, Inc. v. Tekelec, Inc. |
| 03-51717-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. TELEDATA CONTROL et al |
| 03-51777-LHK | espire communications, Inc. v. TORRY TELECOM & CABLE |
| 03-51780-LHK | espire communications, Inc. v. TORRY ENTERPRISES et al |
| 03-51791-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. PHILLIPS COMMUNICATIONS & EQUIPMENT |
| 03-51797-LHK | E.SPIRE COMMUNICATIONS, INC. v. NTS COMMUNICATIONS INC. |
| 03-51801-LHK | espire communications, Inc. v. SAGEX, INC |

# Judge Kornreich's Open Preference Adversaries

**Lead Case:   01-00974-LHK   E.SPIRE COMMUNICATIONS, INC.**

| Adv # | Caption |
|---|---|
| 03-56696-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Accu-Tech Corporation |
| 03-56703-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. AMERICAN EXPRESS |
| 03-56713-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. AT&T d/b/a AT&T Broadband Phone of Arizona, LLC |
| 03-56715-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Avaya Financial Services et al |
| 03-56731-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Boston Properties Limited Partnership |
| 03-56740-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Broadwing Communication Services, Inc. |
| 03-56745-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. CDW Computer Center Inc. |
| 03-56746-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Central Consulting, Inc. |
| 03-57249-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. 99 Park Avenue Associates, L.P. |
| 03-57251-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. B.F. Saul Property Company |
| 03-60034-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Client Server Professional, Inc. |
| 03-60044-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. CT CORPORATION SYSTEM |
| 03-60048-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Deloitte & Touche LLP |
| 03-60049-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Deloitte & Touche Tax Technologies LLC |
| 03-60052-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. DH Communications, Inc. |
| 03-60069-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. FiberCore |
| 03-60070-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Wachovia Corporation a/k/a First Union National Ba |
| 03-60086-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. HVAC Precision Services, Inc. |

# Judge Kornreich's Open Preference Adversaries

**Lead Case: 01-00974-LHK  E.SPIRE COMMUNICATIONS, INC.**

| Adv # | Caption |
|---|---|
| 03-60087-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. IKON OFFICE SOLUTIONS |
| 03-60088-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. ILLUMINET |
| 03-60090-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. In Parcel Associates, L.L.C. |
| 03-60099-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Knology Holdings Inc. et al |
| 03-60102-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. L & E Meridian |
| 03-60119-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Morris Plumbing & Electric Co., Inc. |
| 03-60121-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. M/S Joint Venture |
| 03-60123-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. NanuComm et al |
| 03-60129-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Ociter Enterprises |
| 03-60136-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Primelink Systems, Inc. d/b/a Pacesetter Communica |
| 03-60146-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Rich Michaels & Assoc |
| 03-60147-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. S & S Graphics, L.L.C. |
| 03-60150-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Solutions Delivery Partnership, Inc. |
| 03-60155-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Step 9 Software Corporation |
| 03-60158-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. SWSG Consulting Engineers et al |
| 03-60163-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Telesource Group, Inc. |
| 03-60168-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Time Warner Telecom LLC et al |
| 03-60169-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. TMP Worldwide et al |

# Judge Kornreich's Open Preference Adversaries

**Lead Case: 01-00974-LHK  E.SPIRE COMMUNICATIONS, INC.**

| Adv # | Caption |
|---|---|
| 03-60171-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Total Communications Services, Inc. |
| 03-60172-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Unisphere Networks, Inc. |
| 03-60173-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Value Communication Products Inc. |
| 03-60174-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. VERTEX INC. |
| 03-60175-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. VistaRMS Healthcare, Inc. et al |
| 03-60176-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. T-Mobile USA, Inc. fdba Voicestream Wireless Corpo |
| 03-60178-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Washington Talent Agency |
| 03-60179-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Washington Gas a/k/a Washington Gas Light Comp. |
| 03-60181-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. WilTel Communications LLC f/k/a Williams Communica |
| 03-60183-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Kelley Drye & Warren LLP |
| 04-53075-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. ADT Security Systems |
| 04-53076-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Alicia Reggie Freysinger |
| 04-53078-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Callowhill Management Inc. |
| 04-53079-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Colgatedrive Associates LP |
| 04-53080-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Competitive Computer Information Technologies, Inc |
| 04-53083-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. IT Global Solutions Inc. dba Empirical Networks, I |
| 04-53087-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. GEORGIA POWER COMPANY |
| 04-53092-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Interior Building Services Inc. |

## Judge Kornreich's Open Preference Adversaries

**Lead Case: 01-00974-LHK   E.SPIRE COMMUNICATIONS, INC.**

| Adv # | Caption |
|---|---|
| 04-53100-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Newbridge Leasing |
| 04-53102-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. New Court Capital |
| 04-53104-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Parkway Properties, LP |
| 04-53105-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Pima County Department of Transportation |
| 04-53107-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Qwest Communications Services |
| 04-53110-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Sprint Communications |
| 04-53111-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Ilogan & Hartson LLP f/k/a Squadron Ellenoff Plesen |
| 04-53114-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. STR, Incorporated |
| 04-53115-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Ajilon Communications f/k/a Tad Telecom, Inc. |
| 04-53118-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Tri-Com Computer Services, Inc. |
| 04-53122-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Webster & Son Commercial & Residential |
| 04-53124-LHK | Gary F. Seitz, Chapter 11 Trustee for e.spire Comm v. Credit Suisse First Boston Corporation |
| 04-53928-LHK | Gary Seitz, as Chapter 11 Trustee of e.spire Commu v. Scarlis et al |