IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 01-0974 (LHK)<br>Jointly Administered |
| GARY SEITZ, as Chapter 11 Trustee of<br>E. SPIRE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>Defendants. | Adv. Pro. No. 04-53928 (PBL) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Douglas N. Candeub, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of **Richard A. Spehr, Esquire**, to represent <u>Defendants Sean Scarlis and Bradley Sparks</u>, in this case. The Admittee is admitted, practicing, and in good standing in the Bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.

Dated: October 22, 2004

                                                                   */s/ Douglas N. Candeub*
                                                                   Douglas N. Candeub (ID No. 4211)
                                                                   MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                                                   222 Delaware Avenue 10th Floor
                                                                   P.O. Box 2306
                                                                   Wilmington, Delaware 19899
                                                                   Telephone: (302) 888-6854
                                                                   Fax: (302) 571-1750
                                                                   Email: dcandeub@morrisjames.com

                                                                  Counsel for Sean Scarlis and Bradley Sparks

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                              Richard A. Spehr
                                              Mayer, Brown, Rowe & Maw LLP
                                              1675 Broadway
                                              New York, NY 10019-5820
                                              Telephone: (212) 506-2500
                                              Facsimile: (212) 262-1910

MOTION GRANTED.                    BY THE COURT:

Date: _____          _____,
                                            United States Bankruptcy Judge