**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| E.SPIRE COMMUNICATIONS, INC | ) | Case No. 01-00974 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| Gary Seitz, as Chapter 11 Trustee | ) | Adversary No. 04-53928 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Sean Scarlis | ) | |
| | | |
| Defendant | | |

**ORDER REASSIGNING CASE**

The above-captioned case is hereby transferred to the Honorable Louis H. Kornreich for all further proceedings and disposition.

*November 1, 2004*     Louis H. Kornreich
_____
Louis H. Kornreich
United States Bankruptcy Judge

CC: Anthony M. Saccullo, Esquire[1]

_____

[1]Counsel is to distribute a copy of this Order on all Interested parties and file a Certificate of Service with the Court.  When filing papers, please include the initials of the Judge assigned to the case.