IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 01-0974 (LHK)<br>Jointly Administered |
| GARY SEITZ, as Chapter 11 Trustee of<br>E. SPIRE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>Defendants. | Adv. Pro. No. 04-53928 (PBL) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Douglas N. Candeub, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of **Joseph De Simone, Esquire**, to represent Defendants Sean Scarlis and Bradley Sparks, in this case. The Admittee is admitted, practicing, and in good standing in the Bar of the State of New York, the Bar of the State of Arizona, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.

Dated: October 22, 2004

_____
Douglas N. Candeub (ID No. 4211)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6854
Fax: (302) 571-1750
Email: dcandeub@morrisjames.com

Counsel for Sean Scarlis and Bradley Sparks

DNC/108570-0001/1048828/1

      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*[signature]*
Joseph De Simone
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

MOTION GRANTED.

Date: 10-28-04

BY THE COURT:

*[signature]* Louis H Kornreich

United States Bankruptcy Judge

2