IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-0974 (LHK)<br>Jointly Administered |
| GARY SEITZ, as Chapter 11 Trustee of<br>E.SPIRE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>Defendants. | Adv. Proc. No. 04-53928 (LHK) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the attorney listed below hereby appears as counsel for Anthony Pompliano and David Piazza in the above-captioned action. Pursuant to, inter alia, Rules 2002(i), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made that all notices given or required to be given, and all papers served or required to be served in these cases be given to and served upon the following attorney at the firm listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL
Donna L. Culver, Esquire (#2983)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Fax:  (302) 658-3989

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telephone, telegraph, telex or otherwise, which affects Anthony Pompliano and David Piazza or property of Anthony Pompliano and David Piazza.

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ Donna L. Culver*
          Donna L. Culver (#2983)
          1201 N. Market Street
          P. O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
             Attorneys for Defendants
             Anthony Pompliano and David Piazza

November 11, 2004