IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| e.spire Communications, Inc., et al., | Case No. 01-974 (LHK) |
| Debtors. | Jointly Administered |
| Gary Seitz, as Chapter 11 Trustee of e.spire Communications, Inc., Plaintiff, v. Sean Scarlis, Anthony Pompliano, David Piazza, and Bradley Sparks, Defendants. | Adversary No. 04-53928 (LHK) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                     § SS:
NEW CASTLE COUNTY     §

Pamela A. Piunti, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, special counsel to the Chapter 11 Trustee in the above-captioned action, and that on the 19th day of November 2004, she caused a copy of **Order Reassigning Case** to be served upon the parties listed below via hand delivery.

565086v1

| Douglas N. Candeub, Esquire | Donna L. Culver, Esquire |
| Morris, James, Hitchens & Williams, LLP | Morris, Nichols, Arsht & Tunnell |
| 222 Delaware Avenue, 10th Floor | 1201 N. Market Street, P. O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

_____
Pamela A. Piunti

  SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: November 19, 2004

_____
Notary Public

RENEE R. JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 23, 2008

565086v1