IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                   :
 et al.,                                        :   Case No. 01-0974 (LHK)
                                                :   Jointly Administered
                Debtors,                        :
                                                :
------------------------------------------------------------x   Adv. Pro. No. 04-53928-LHK
GARY SEITZ, as Chapter 11 Trustee of            :
E. SPIRE COMMUNICATIONS, INC.,                  :
                                                :
                Plaintiff,                      :
                                                :
        -against-                               :
                                                :
SEAN SCARLIS, ANTHONY POMPLIANO,                :
DAVID PIAZZA and BRADLEY SPARKS,                :
                                                :
                Defendants.                     :
------------------------------------------------------------x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gary Seitz, Chapter 11 Trustee of e.spire Communications, Inc., and defendants Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks (collectively, "Defendants"), by their respective undersigned counsel, that the time for Defendants to move, answer or otherwise respond to the Complaint in the above-captioned action, which asserts claims of breach of fiduciary duty, fraud and contribution, is extended to and including January 14, 2005.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's time to respond to the Motion to Withdraw the Reference and the Motion to Determine Non-Core Status is extended to and including December 7, 2004.

NYDB01 17260197.1  17-Nov-04 10:58

Defendants expressly reserve and do not waive any defenses or other rights with respect to this action, with the exception of the defense of failure of service.

Dated: November 22, 2004

| THE BAYARD FIRM | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ Daniel K. Astin | By: /s/ Lewis H. Lazarus |
| Daniel K. Astin (#4068) | Lewis H. Lazarus (#2374) |
| Anthony M. Saccullo (#4141) | Douglas N. Candeub (#4211) |
| 222 Delaware Avenue, Suite 900 | 222 Delaware Avenue, 10th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| Telephone: (302) 655-5000 | Telephone: (302) 888-6970 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 571-1750 |
| E-mail: dastin@bayardfirm.com | E-mail: llazarus@morrisjames.com |
| E-mail: asaccullo@bayardfirm.com | E-mail: dcandeub@morrisjames.com |
| -and- | -and- |
| STORCH AMINI & MUNVES PC | MAYER BROWN ROWE & MAW LLP |
| Bijan Amini | Richard A. Spehr |
| Avery Samet | Joseph De Simone |
| Two Grand Central Tower, 25th Floor | Leslie E. Chebli |
| New York, NY 10017 | 1675 Broadway |
| Telephone: (212) 490-4100 | New York, NY 10019 |
| Facsimile: (212) 490-4208 | Telephone: (212) 506-2500 |
| E-mail: bamini@samlegal.com | Facsimile: (212) 262-1910 |
| E-mail: asamet@samlegal.com | E-mail: rspehr@mayerbrownrowe.com |
| | E-mail: jdesimone@mayerbrownrowe.com |
| | E-mail: lchebli@mayerbrownrowe.com |
| *Counsel to GARY SEITZ, Chapter 11 Trustee of e.spire Communications, Inc.* | *Attorneys for Sean Scarlis and Bradley Sparks* |

MORRIS, NICHOLS, ARSHT & TUNNELL

By: /s/ Donna L. Culver
Donna L. Culver (#2983)
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: dculver@mnat.com

-and-

OF COUNSEL:
SACHNOFF & WEAVER, LTD.
Brian D. Roche
Jeffrey H. Bergman
Randall D. Lehner
30 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
E-mail: broche@sachnoff.com
E-mail: rlehner@sachnoff.com

*Attorneys for Anthony Pompliano and David Piazza*