IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                                  :
 *et al.*,                                                     :   Case No. 01-0974 (LHK)
                                                               :   Jointly Administered
               Debtors,                                        :
                                                               :
---------------------------------------------------------------x   Adv. Pro. No. 04-53928-LHK
                                                               :
GARY SEITZ, as Chapter 11 Trustee of                           :
E. SPIRE COMMUNICATIONS, INC.,                                 :
                                                               :
               Plaintiff,                                      :
                                                               :
       -against-                                               :
                                                               :
SEAN SCARLIS, ANTHONY POMPLIANO,                               :
DAVID PIAZZA and BRADLEY SPARKS,                               :
                                                               :
               Defendants.                                     :
---------------------------------------------------------------x

## ORDER

**IT IS HEREBY ORDERED,** on this ___ day of November, 2004, that:

Upon the Stipulation of the parties, the time for defendants Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks to move, answer or otherwise respond to the Complaint in the above-captioned action is extended to and including January 14, 2005 and the time for the plaintiff to respond to the Defendant's Motions to Withdraw the Reference and to Determine Non-Core Status is extended to and including December 7, 2004.

 

                                                _____
                                                Honorable Louis H. Kornreich,
                                                U.S. Bankruptcy Judge

NYDB01 1726019.1  17-Nov-04 10:58