IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                        :
                                              :        Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                 :
 et al.,                                      :        Case No. 01-0974 (LHK)
                                              :        Jointly Administered
                 Debtors,                     :
                                              :
-----------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee of          :
E. SPIRE COMMUNICATIONS, INC.,                :
                                              :
                                              :        Adv. Pro. No. 04-53928-LHK
                 Plaintiff,                   :
                                              :
       -against-                              :
                                              :
SEAN SCARLIS, ANTHONY POMPLIANO,              :
DAVID PIAZZA and BRADLEY SPARKS,              :
                                              :
                 Defendants.                  :
-----------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee,            :
of E.SPIRE COMMUNICATIONS, INC.,              :
                                              :        Adv. Pro. No. 04-55082 (LHK)
                 Plaintiff,                   :
                                              :
       v.                                     :
                                              :
NATIONAL UNION FIRE INSURANCE                 :
COMPANY OF PITTSBURGH, PA.,                   :
                                              :
                 Defendant.                   :
-----------------------------------------------------------x
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gary Seitz, Chapter 11 Trustee of e.spire Communications, Inc. (the "Trustee"), defendants Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks (collectively, "Defendants") and National

Union Fire Insurance Company of Pittsburgh, Pa ("National Union"), by their respective undersigned counsel, that:

1. There shall be a 60-day litigation standstill (until February 2, 2005) in the above-captioned actions (the "Actions") between and among the parties hereto pending settlement negotiations during that 60-day period.

2. If the parties do not reach a final resolution of these matters by January 3, 2005, the Trustee may direct that the parties will engage in non-binding mediation in the following 30-day period (until February 2, 2005). The mediator shall be selected by agreement of the parties, and in the event of the parties' failure to agree to a mediator, by the Bankruptcy Court, with such mediation to commence as soon after January 3, 2005 as practical.

3. The time for Defendants to move, answer or otherwise respond to the Complaint in the above-captioned adversary proceeding 04-53928, which asserts state law claims of breach of fiduciary duty, fraud and contribution, is extended to and including March 14, 2005.

4. The Trustee's time to respond to the Motion to Withdraw the Reference and the Motion to Determine Non-Core Status in the above-captioned adversary proceeding 04-53928 is extended to and including February 7, 2005.

5. The Trustee's time to object to the Motion for an Order Authorizing Advancement of Defense Costs in the above-captioned bankruptcy case 01-0974, filed by the Defendants and National Union, is extended to and including February 13, 2005, and the oral argument on this motion shall take place on the next hearing date for omnibus motions in the main bankruptcy proceeding as long as the hearing date is on or after February 21, 2005.

6. National Union's time to answer the Complaint in the above-captioned adversary proceeding 04-55082 is hereby extended to and including February 6, 2005.

7. The Trustee will not oppose National Union's payment to Defendants of Defendants' actual fees and expenses incurred in defending the Actions under National Union's Directors, Officers and Corporate Liability Policy No. 858-26-05 issued to e.spire Communications, Inc. (the "D&O Policy") up to the aggregate sum of $400,000, and, accordingly, National Union is hereby authorized to pay such fees and costs to Defendants; <u>provided</u>, <u>however</u>, that the Trustee's consent to payment shall be without prejudice to any objections to additional payments under the D&O Policy that the Trustee may interpose in respect of the Motion for an Order Authorizing Advancement of Defense Costs, filed by the Defendants and National Union; and <u>further</u> <u>provided</u> that Defendants reserve their right to seek payment of additional amounts under the D&O Policy.

8. National Union will not seek reimbursement or recovery from the Trustee or the Bankruptcy Estate of the up to $400,000 payment for defense fees and costs set forth in paragraph 7 of this stipulation, even if National Union prevails in the adversary proceeding number 04-55082.

9. Defendants expressly reserve and do not waive any defenses or other rights with respect to the Actions, with the exception of the defense of failure of service.

Dated: December 8, 2004

| | |
|---|---|
| THE BAYARD FIRM LLP | MORRIS, JAMES, HITCHENS & WILLIAMS |
| By:_____<br>Daniel K. Astin (#4068)<br>Anthony M. Saccullo (#4141)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: dastin@bayardfirm.com<br>E-mail: asaccullo@bayardfirm.com | By: /s/ (signature)<br>Lewis H. Lazarus (#2374)<br>Douglas N. Candeub (#4211)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 888-6970<br>Facsimile: (302) 571-1750<br>E-mail: llazarus@morrisjames.com<br>E-mail: dcandeub@morrisjames.com |
| -and- | -and- |
| STORCH AMINI & MUNVES PC<br>Bijan Amini<br>Avery Samet<br>Two Grand Central Tower, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 490-4100<br>Facsimile: (212) 490-4208<br>E-mail: bamini@samlegal.com<br>E-mail: asamet@samlegal.com | MAYER BROWN ROWE & MAW LLP<br>Richard A. Spehr<br>Joseph De Simone<br>Leslie E. Chebli<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>E-mail: rspehr@mayerbrownrowe.com<br>E-mail: jdesimone@mayerbrownrowe.com<br>E-mail: lchebli@mayerbrownrowe.com |
| *Counsel to GARY SEITZ, Chapter 11*<br>*Trustee of e.spire Communications, Inc.* | *Attorneys for Sean Scarlis and Bradley Sparks* |

Dated: December 8, 2004

| | |
|---|---|
| THE BAYARD FIRM LLP<br><br>By: _____<br>Daniel K. Astin (#4068)<br>Anthony M. Saccullo (#4141)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: dastin@bayardfirm.com<br>E-mail: asaccullo@bayardfirm.com<br><br>*by diversion.* | MORRIS, JAMES, HITCHENS & WILLIAMS<br><br>By: _____<br>Lewis H. Lazarus (#2374)<br>Douglas N. Candeub (#4211)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 888-6970<br>Facsimile: (302) 571-1750<br>E-mail: llazarus@morrisjames.com<br>E-mail: dcandeub@morrisjames.com |
| -and- | -and- |
| STORCH AMINI & MUNVES PC<br>Bijan Amini<br>Avery Samet<br>Two Grand Central Tower, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 490-4100<br>Facsimile: (212) 490-4208<br>E-mail: bamini@samlegal.com<br>E-mail: asamet@samlegal.com<br><br>*Counsel to GARY SEITZ, Chapter 11 Trustee of e.spire Communications, Inc.* | MAYER BROWN ROWE & MAW LLP<br>Richard A. Spehr<br>Joseph De Simone<br>Leslie E. Chebli<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>E-mail: rspehr@mayerbrownrowe.com<br>E-mail: jdesimone@mayerbrownrowe.com<br>E-mail: lchebli@mayerbrownrowe.com<br><br>*Attorneys for Sean Scarlis and Bradley Sparks* |

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A.<br><br>By: *(signature)*<br>Bruce E. Jameson (#2931)<br>1310 King Street, Box 1328<br>Wilmington, Delaware 19899<br>Telephone: (302) 888-6532<br>Facsimile: (302) 658-8111<br>Email: bejameson@prickett.com<br><br>-and-<br><br>LEWIS BRISBOIS BISGAARD<br>& LEWIS, LLP<br>Richard George<br>Stephanie A. Nashban<br>100 Wall Street<br>Ninth Floor<br>New York, NY 10005<br>Telephone (212) 232-1300<br>E-mail: rgeorge@lbbslaw.com<br>E-mail: nashban@lbbslaw.com<br><br>*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.* | MORRIS, NICHOLS, ARSHT & TUNNELL<br><br>By: _____<br>Donna L. Culver (#2983)<br>Chase Manhattan Centre<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dculver@mnat.com<br><br>-and-<br><br>SACHNOFF & WEAVER, LTD.<br>Brian D. Roche<br>Jeffrey H. Bergman<br>Randall D. Lehner<br>30 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400<br>E-mail: broche@sachnoff.com<br>E-mail: rlehner@sachnoff.com<br><br>*Attorneys for Anthony Pompliano and David Piazza* |

| PRICKETT, JONES & ELLIOT P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| By: _____<br>Bruce E. Jameson (#2931)<br>1310 King Street, Box 1328<br>Wilmington, Delaware 19899<br>Telephone: (302) 888-6532<br>Facsimile: (302) 658-8111<br>Email: bejameson@prickett.com | By: _____<br>Donna L. Culver (#2983)<br>Chase Manhattan Centre<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dculver@mnat.com |
| -and- | -and- |
| LEWIS BRISBOIS BISGAARD<br>& LEWIS, LLP<br>Richard George<br>Stephanie A. Nashban<br>100 Wall Street<br>Ninth Floor<br>New York, NY 10005<br>Telephone (212) 232-1300<br>E-mail: rgeorge@lbbslaw.com<br>E-mail: nashban@lbbslaw.com | SACHNOFF & WEAVER, LTD.<br>Brian D. Roche<br>Jeffrey H. Bergman<br>Randall D. Lehner<br>30 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400<br>E-mail: broche@sachnoff.com<br>E-mail: rlehner@sachnoff.com |
| *Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.* | *Attorneys for Anthony Pompliano and David Piazza* |