IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                       :
et al.,                                             :   Case No. 01-0974 (LHK)
                                                    :   Jointly Administered
         Debtors.                                   :
                                                    :
---------------------------------------------------------x   Adv. Pro. No. 04-53928-(LHK)
GARY SEITZ, as Chapter 11 Trustee of                :
E. SPIRE COMMUNICATIONS, INC.,                      :
                                                    :
         Plaintiff,                                 :
                                                    :
         -against-                                  :
                                                    :
SEAN SCARLIS, ANTHONY POMPLIANO,                    :
DAVID PIAZZA and BRADLEY SPARKS,                    :
                                                    :
         Defendants.                                :
---------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee,                  :
of E.SPIRE COMMUNICATIONS, INC.,                    :
                                                    :   Adv. Pro. No. 04-55082 (LHK)
         Plaintiff,                                 :
                                                    :
         v.                                         :
                                                    :
NATIONAL UNION FIRE INSURANCE                       :
COMPANY OF PITTSBURGH, PA.,                         :
                                                    :
         Defendant.                                 :
---------------------------------------------------------x

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED, on this 27 day of December, 2004, that the stipulation of the parties in the above captioned proceedings, attached hereto as Exhibit A, is hereby approved.

_____
Honorable Louis H. Kornreich,
United States Bankruptcy Judge