## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                    )      Chapter 11
                                          )
E.SPIRE COMMUNICATIONS INC.,              )      Case No. 01-974 (DDS)
et al.,                                   )      (Jointly Administered)
                                          )
            Debtors.                      )
                                          )

### ORDER REASSIGNING CASE

The above-captioned case and the adversary proceedings listed on the attached

Exhibit A are hereby reassigned to the Honorable Donal D. Sullivan.


MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE


When filing papers, please include the initials of the Judge assigned to the case.

Dated: February⁴, 2005

cc:    John D. McLaughlin, Jr., Esquire[1]

---

[1]Counsel is to distribute a copy of this Order on all interested parties and file a Certificate
of Service with the Court.