# EXHIBIT A

United States Bankruptcy Court
District of Delaware
1/20/2005

## Open Adversary Report

**Lead Case: 01-00974-LHK**

### E.SPIRE COMMUNICATIONS, INC.

| Adversary # | Caption |
|---|---|
| 02-01059-LHK | E.SPIRE COMMUNICATIONS, INC. v. GATX CAPITAL CORPORATION et al |
| 02-01418-LHK | e.spire Communications, Inc. v. Morris Plumbing & Electric Co., Inc. |
| 02-04692-LHK | e.spire Communications, Inc. v. ADU Telecommunications, Inc. et al |
| 02-05323-LHK | e.spire Communications, Inc. et al v. CIT COMMUNICATONS FINANCE CORPORATION f/k/a NEWCOU |
| 02-06860-LHK | Gordon, Silberman, Wiggins & Childs v. E.Spire Communications, Inc. |
| 03-51721-LHK | Gary F. Seitz, Chapter 11 Trustee for E.Spire Comm v. SUNBELT TELECOMMUNICATIONS SERVICES |
| 03-51949-LHK | Xspedius Management Co., LLC et al v. e.spire Communications, Inc. et al |
| 03-55670-LHK | Xspedius Management Co., LLC v. AT&T CORP. et al |

# United States Bankruptcy Court
### District of Delaware
1/20/2005

## Open Adversary Report

**Lead Case: 01-00974-LHK**

    E.SPIRE COMMUNICATIONS, INC.

| Adversary # | Caption |
|---|---|
| 04-53928-LHK | Gary Seitz, as Chapter 11 Trustee of e.spire Commu v. Scarlis et al |
| 04-54845-LHK | Gary F. Seitz, as Chapter 11 trustee for the Estat v. Xspedius Communications LLC et al |
| 04-55082-LHK | Gary Seitz, as Chapter 11 Trustee, of e.spire Comm v. National Union Fire Insurance Company of Pittsburg |
| 04-55548-LHK | Xspedius Communications, LLC v. Metromedia Fiber Network Services, Inc. et al |