IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
E.SPIRE COMMUNICATIONS, INC.,                       :
*Et al.*,                                           :   Case No. 01-0974 (LHK)
                                                    :   Jointly Administered
                Debtors,                            :
                                                    :
------------------------------------------------------------x
GARY SEITZ, as Chapter 11 Trustee of                :   Adv. Pro. No. 04-53928 (LHK)
E. SPIRE COMMUNICATIONS, INC.,                      :
                                                    :
                Plaintiff,                          :
                                                    :
        v.                                          :
                                                    :
SEAN SCARLIS, ANTHONY POMPLIANO,                    :
DAVID PIAZZA and BRADLEY SPARKS,                    :
                                                    :
                Defendants.                         :
------------------------------------------------------------x

## JURY DEMAND OF DEFENDANTS
## SEAN SCARLIS AND BRADLEY SPARKS

Defendants Sean Scarlis ("Scarlis") and Bradley Sparks ("Sparks") hereby each demand a trial by jury on all issues in this action so triable.

Dated: November 12, 2004          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                  _____
                                  Lewis H. Lazarus (#2374)
                                  Douglas N. Candeub (#4211)
                                  222 Delaware Avenue, 10th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 888-6800
                                  Facsimile: (302) 571-1750
                                  E-mail: llazarus@morrisjames.com
                                  E-mail: dcandeub@morrisjames.com

                                  Attorneys for Sean Scarlis and Bradley Sparks

OF COUNSEL:
Richard A. Spehr
Joseph DiSimone
Leslie E. Chebli
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910