IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| E.SPIRE COMMUNICATIONS, INC., | : | |
| *et al*., | : | Case No. 01-0974 (LHK) |
| | : | Jointly Administered |
| Debtors, | : | |
| ------------------------------------------------------------x | | |
| GARY SEITZ, as Chapter 11 Trustee of | : | |
| E. SPIRE COMMUNICATIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 04-53928 (LHK) |
| | : | |
| SEAN SCARLIS, ANTHONY POMPLIANO, | : | |
| DAVID PIAZZA and BRADLEY SPARKS, | : | |
| | : | |
| Defendants. | : | |

## JURY DEMAND OF DEFENDANTS
## ANTHONY POMPLIANO AND DAVID PIAZZA

Defendants Anthony Pompliano and David Piazza hereby each demand a trial by jury on all issues in this action so triable.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL

                                            */s/ Donna L. Culver*
                                            Donna L. Culver (#2983)
                                            1201 North Market Street
                                            P. O. Box 1347
                                            Wilmington, DE 19899
                                            (302) 658-9200
                                                 Attorneys for Defendants
                                                 Anthony Pompliano and David Piazza

OF COUNSEL:

Brian D. Roche
Jeffrey H. Bergman
Randall D. Lehner
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000

November 12, 2004