IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-0974 (LHK)<br>Jointly Administered |
| GARY SEITZ, as Chapter 11 Trustee of<br>E.SPIRE COMMUNICATIONS, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 04-53928 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　　Donna L. Culver, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Jeffrey H. Bergman, Sachnoff & Weaver, Ltd., 30 South Wacker Drive, 29th Floor, Chicago, Illinois 60606, to represent Defendants, Anthony Pompliano and David Piazza, in this action. The Admittee is admitted, practicing, and in good standing of the bars in the States of Illinois and Wisconsin.

　　　　　　　　　　　　　　　　　/s/ Donna L. Culver
　　　　　　　　　　　　　　　　　Donna L. Culver (Bar No. 2983)
　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell
　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　P. O. Box 1347
　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　(302) 658-9200

　　　The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

　　　　　　　　　　　　　　　　　/s/ Jeffrey H. Bergman
　　　　　　　　　　　　　　　　　Jeffrey H. Bergman
　　　　　　　　　　　　　　　　　Sachnoff & Weaver, Ltd.
　　　　　　　　　　　　　　　　　30 South Wacker Drive, 29th Floor
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　(312) 207-1000

　　Motion Granted.

　　　　　　　　　　　　　　　　　BY THE COURT:

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge