IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>E.SPIRE COMMUNICATIONS, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 01-0974 (LHK)<br>Jointly Administered |
| GARY SEITZ, as Chapter 11 Trustee of<br>E.SPIRE COMMUNICATIONS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SEAN SCARLIS, ANTHONY POMPLIANO,<br>DAVID PIAZZA and BRADLEY SPARKS,<br><br>                    Defendants. | Adv. Proc. No. 04-53928 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Donna L. Culver, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Brian D. Roche, Sachnoff & Weaver, Ltd., 30 South Wacker Drive, 29th Floor, Chicago, Illinois 60606, to represent Defendants, Anthony Pompliano and David Piazza, in this action. The Admittee is admitted, practicing, and in good standing of the bar in the State of Illinois.

                                            Donna L. Culver (Bar No. 2983)
                                            Morris, Nichols, Arsht & Tunnell
                                            1201 North Market Street
                                            P. O. Box 1347
                                            Wilmington, DE 19899-1347
                                            (302) 658-9200

    The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                            Brian D. Roche
                                            Sachnoff & Weaver, Ltd.
                                            30 South Wacker Drive, 29th Floor
                                            Chicago, IL 60606
                                            (312) 207-1000

Motion Granted.

                                            BY THE COURT:

Date:_____      _____
                                      United States Bankruptcy Judge