IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #12**

IN RE: E.SPIRE COMMUNICATIONS, INC., et al.

|  |  |  |
|---|---|---|
| Gary Seitz, as Chapter 11 Trustee of E.SPIRE COMMUNICATIONS INC. | ) ) ) ) | |
| Plaintiff | ) | Civil Action No.   05-107 SLR |
| v. | ) ) | |
| Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks, | ) ) ) | Adversary Case No.   04-53928 |
| Defendants | ) | Bankruptcy Case No. 01-0974 |

**NOTICE**

An Order Withdrawing the Reference of this adversary case to the Bankruptcy Court was filed in the U.S. District Court on 3/16/05.   The case has been assigned to the Honorable Sue L. Robinson.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.   Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   March 23, 2005

To:   Hon. Sue L. Robinson
U.S. Bankruptcy Court
Counsel