## CERTIFICATE OF SERVICE

The Undersigned does hereby certify that he caused a true and correct copy of the foregoing **Motion of Chapter 11 Trustee to Approve a Compromise and Settlement Between the Trustee and Sean Scarlis, Anthony Pompliano, David Piazza, Bradley Sparks and National Union Fire Insurance Company of Pittsburgh, Pa. and proposed order** to be served upon the parties on the attached service list via First-class, postage pre-prepaid United States Mail.

Dated: April 4, 2005

Anthony M. Saccullo (No. 4141)

582450v2

SERVICE LIST

| | |
|---|---|
| Bruce E. Jameson<br>Prickett, Jones & Elliot P.A.<br>1310 King Street<br>Wilmington, DE 19899 | Richard George<br>Stephanie A. Nashban<br>Lewis Brisbois Bisgaard & Lewis, LLP<br>100 Wall Street<br>Ninth Floor<br>New York, NY 10005 |
| Lewis H. Lazarus<br>Douglas N. Candeub<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899 | Richard A. Spehr<br>Joseph DeSimone<br>Leslie E. Chebli<br>MAYER BROWN ROWE & MAW LLP<br>1675 Broadway<br>New York, NY 10019 |
| Donna L. Culver<br>Morris Nichols, Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899 | Brian D. Roche<br>Jeffrey H. Bergman<br>Randall D. Lehner<br>Schnoff & Weaver, Ltd.<br>30 South Wacker Drive<br>Chicago, IL 60606 |

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Norman L. Pernick, Esq.
Domenic E. Pacitti, Esq.
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington   DE 19899

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Mark  Kenney, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington   DE 19801

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Francis A.  Monaco, Jr., Esq.
Joseph J.  Bodnar, Esq.
Monzack and Monaco, PA
1201 Orange Street
Suite 400
P.O. Box 2031
Wilmington   DE 19899

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Chaim  Fortgang, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York   NY 10019

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Mark E.  Felger, Esq.
Cozen O'Connor
Chase Manhattan Center
1201 N. Market St.
Suite 1400
Wilmington   DE 19801

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Frederic L.  Ragucci, Esquire
Schulte, Roth & Zabel LLP
900 Third Avenue
New York   NY 10022

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Christopher S.  Sontchi, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington   DE 19899

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Anthony  Princi, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York   NY 10103

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

William F.  Taylor, Esq.
McCarter & English
Mellon Bank Building
P.O. Box 111
919 North Market Street, Suite 950
Wilmington   DE 19899

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

William  Hallam, Esq.
Gebhardt & Smith, LLP
401 East Pratt Street
Ninth Floor World Trade Center
Baltimore   MD 21202

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Neal D. Colton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia   PA 19103

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John E. Klinge
William E. Simon & Sons Special Situation
Partners, L.P.
10990 Wilshire Boulevard
Suite 500
Los Angeles   CA 90025

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robert D. Drain, Esq.
Andrew N. Rosenberg, Esq.
Loren Levine Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York   NY 10019

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE 19899

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Andrew H. Sherman, Esq.
Sills Cummis Radin Tischman et al.
One Riverfront Plaza
The Legal Center
Newark   NJ 07102

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Darryl S. Laddin, Esquire
Arnall Golden & Gregory, LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta   GA 30309-3450

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joseph A. Friedman, Esq.
Kane Russell Coleman & Logan PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas   TX 75201

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Ian J. Platt, Esq.
Hale and Dorr LLP
60 State Street
Boston   MA 02109

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Bonnie G. Fatell, Esq.
Mark J. Packel, Esq.
Blank Rome Comisky & McCauley LLP
1201 Market Street, Suite 2100
Wilmington   DE 19801

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S     222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Patrick H. Autry, Esq.
Matthews & Branscomb, P.C.
Weston Centre
Suite 1100
112 East Pecan Street
San Antonio   Texa 78205-1516

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robin E. Phelan, Esq.
Ian T. Peck, Esq.
Haynes & Boone, LLP
901 Main Street - Suite 3100
Dallas   TX 75202-3789

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Howard C. Rubin
5950 Sherry Lane
Suite 222
Dallas   TX 75225

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jeffrey M. Carbino, Esquire
Klett Rooney Lieber & Schorling, P.C.
Two Logan Square, 12th Floor
Philadelphia   PA 19103

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Louis T. Delucia , Esq.
Buchanan Ingersoll, P.C.
700 Alexander Park # 3RDFL
Princeton   NJ 08540-6347

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Laurie S. Silverstein, Esq.
Monica L. Loftin, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington   DE 19899

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

James Berman, Esquire
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport   CT 06605

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

William H. Johnson, Esq.
Norfolk Southern Corp.
Law Department
Three Commercial Place
Norfolk   VA 23510-9242

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kenneth A. Brunetti, Esq.
Miller & VanEaton LLP
400 Montgomery Street
Suite 501
San Francisco   CA 94104-1205

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Craig  Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Centre Drive, 7th Floor
Costa Mesa   CA 92626-7122

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Scott D. Cousins, Esq.
Victoria Watson Counihan, Esq
Greenberg Traurig, LLP
1000 West Street
Suite 1540
Wilmington   DE 19801

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael Reed, Esquire
McCreary Veselka Bragg & Allen, P.C.
P.O. Box 26990
Austin TX 78755

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jay Hodgkins
EMW, Inc.
11320 Random Hills Road
Suite 120
Fairfax VA 22030

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Flora A. Fearon, Esquire
Assistant Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548
MC-008
Austin TX 78711-2548

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kenneth W. Irvin, Esq.
William McCarron, Jr., Esq.
Morrison & Foerster LLP
200 Pennsylvania Avenue, N.W., Suite 5500
Washington DC 20006-1888

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Oscar B Fears, Assistant Attorney General
40 Capital Square, SW
Atlanta GA 30334

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Karen J. Stapleton, Assistant County Attorney
Office of the County Attorney
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg VA 20177-7000

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Elaine Stuart
Sue Weiske
Intrado
Collections-Finance
1601 Dry Creek Drive
Longmont CO 80503-6493

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kathleen E. Byrne, Esquire
Assistant County Attorney
Office of Law
2660 Riva Road
4th Floor
Annapolis MD 21401

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

J. William Boone, Esq
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309-3424

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles CA 90067-4100

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street
16th Floor
P.O. Box 8705
Wilmington   DE 19899-8705

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Williams Communications
One Technology Center
Legal Department
Janet Esch, Mail Drop 15-H
Tulsa   OK 74103

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael G. Busenkell, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington   DE 19899

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Warren J. Martin, Jr., Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown   NJ 07962-1981

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington   DE 19899

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Richard H. Cross, Jr., Esquire
Richard H. Cross, Jr. LLC
1201 N. Orange Street
Suite 610
P.O. Box 1380
Wilmington   DE 19899-1380

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Ray S. Smith, III, Esquire
McManus & Smith, LLP
3554 Habersham at Northlake
Tucker   GA 30084

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Steve T. Holmes, Esquire
Hunton & Williams
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas   TX 75201-3402

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Thomas J. Catliota, Esquire
Andrew J. Love, Esquire
Shaw Pittman LLP
2300 "N" Street, N.W.
Washington   DC 20037

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Traci L. Cotton, Esq.
Office of General Counsel
201 West Seventh Street
Austin   TX 78701

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Donna S. McCaffrey
Amtrak
Law Dept. (3E-349)
60 Massachusetts Avenue, NE
Washington   DC 20002

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington   DE 19801

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Thomas R. Schuck, Esquire
W. Timothy Miller, Esquire
Taft, Stettinius & Hollister, LLP
425 Walnut Street
Suite 1800
Cincinnati   OH 45208-3957

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Derek C. Abbott, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington   DE 19899

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Larry J.  McClatchey, Esquire
Kegler, Brown, Hill & Ritter
Capitol Square
65 East State Street
Suite 1800
Columbus   OH 43215-4294

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joelle E.  Polesky, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE 19899

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John L. Horan, Esquire
Cline, Williams, Wright, Johnson & Oldfather,
1900 U.S. Bank Building
233 South 13th Street
Lincoln   NE 68508-2095

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John J. Jolley, Jr., Esquire
Jeffrey T. Wegner, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha   NE 68102

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Mary A. DeFalaise, Esquire
Daniel  Warncke, Esquire
Taft, Stettinius & Hollister, LLP
425 Walnut Street
Sutie 1800
Cincinnati   OH 45208-3957

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Harvey J. Kesner, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky
Park Avenue Tower
65 E. 55th Street
New York  NY 10022

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John McLaughlin, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington   DE 19899

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gregory S. Abrams
ASK Financial
18653 Ventura Blvd., #361
Tarzana   CA 91356

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Charles J. Filardi, Jr., Esquire
Pepe & Hazard LLP
30 Jelliff Lane
Southport   CT 06890-1436

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jonathan H. Alden, Esq.
Assistant General, Counsel
State of Florida Dept. of
Environmental Protection
3900 Commonwealth Boulevard, MS 35
Tallahassee   FL 32399

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Elaine Z. Cole , Esquire
340 E. Main Street
Rochester   NY 14604

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Thomas V Askounis, Esq.
Askounis & Borst, PC
303 East Wacker Drive
Suite 1000
Chicago   IL 60601

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Andrew I. Silfen, Esquire
Jeffrey Vanacore, Esquire
Arent Fox PLLC
1675 Broadway
New York   NY 10019

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Derek J. Baker, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA 19103

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

AAA Signs & Safety Products, Inc.
7810 N. Main Street
Jonesboro   GA 30236

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

David G. Aelvoet
Heard Goggan Blair & Williams
711 Navarro Street, Suite 300
San Antonio   TX 78205

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Wayne R. Barnes
Strasburger & Price LLP
9901 Main Street
Suite 4300
Dallas   TX 75202

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Philippa L. Bowers
Linebarger Graham Goggan Blair Pena
& Sampson LLP
1515 Poydras, Suite 1840
New Orleans   LA 70112

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gary L. Barnhard
Spec.  Assist. AG
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City   MO 65105

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Charles J. Brown, Esq
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue
17th Floor
P.O. Box 1630
Wilmington   DE 19801

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Linda  Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton   CO 80124

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Peter A. Cal, Esq.
Sherman & Howard LLC
633 Seventeenth Street
Suite 3000
Denver   CO 80202

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Richard M. Beheler
Blackwell Sanders Peper Martin LLP
Two Pershin Square, Suite 1100
2300 Main Street
P.O. Box 419777
Kansas City   MO 64108

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Thane  Carlson
Senior  Vice , President
Jeffries & Companies, Inc.
520 Madison Avenue
New York  NY 10022

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Ian C. Bifferato
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington   DE 19899

**THE BAYARD FIRM**
A T T O R N E Y S
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Andrea U. Calve, Esq.
Corban Communications, Inc.
901 Jupiter Road
Plano   TX 75074

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Linda  Carmichael
White & Williams
824 Market Street
Suite 902
P.O. Box 709
Wilmington   DE 19899-0709

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Jodi J Caro, Esq
Vice  President & , General Counsel
Looking Glass Networks, Inc.
1111 W. 22nd Street
Suite 600
Oak Brook   IL 60523

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Raymond  Chalme
JEMB Realty Corporation
150 Broadway, 8th Floor
New York   NY 10038

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Rob  Charles
Lewis and Roca
One South Church Avenue
Suite 700
Tuczon   AZ 85701

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

John A. Christy, Esq.
Schreeder, Wheeler & Flint, LLP
1600 Candler Building
127 Peachtree Street, NE
Atlanta   GA 30303

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Charles T Coleman
Wright Lindsey & Jennings LLP
200 West Capitol Avenue
Suite 2200
Little Rock   AR 72201

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Peter A. Chapman
572 Fernwood Lane
Fairless Hills   PA 19030

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Benjamin G. Chew
Patton Boggs, LLP
2550 M Street, NW
Washington   DC 20037

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

Barbara M.  Cook
Katherine L.  Taylor
Howard County Office of Law
George Howard Building
3430 Courthouse  Drive
Ellicott City   MD 21043

**THE BAYARD FIRM**
A T T O R N E Y S          222 DELAWARE AVENUE, SUITE 900
                           P.O. BOX 25130
                           WILMINGTON, DE 19899

S. Henry Creasy, Esq.
Martin & Raynor, PC
1228 Cedars Ct. Ste A
Charlottesville   VA 22903-4801

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Communications Supply Corp.
5050 Oakbrook Parkway
Suite 200
Norcross   GA 30093

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kim A. Dennis, Esq
Vice President and , Assistant General Counsel
Associates Commercial Corporation
300 East Carpenter Freeway
Irving   TX 75062

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

C. Wade  Cooper
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin   TX 78701

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Edward C. Dolan
Scott A. Shail
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington   DC 20004

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Janet Cradeur
P.O. Box 66658
Baton Rouge   LA 70896

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Teresa  Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington   DE 19899

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Crescent Machinery Co.
2323 Irving Blvd.
Dallas   TX 75207

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

James W. Deatherage
Jim Deatherage & Assoc. P.C.
800 West Airport Freeway, Suite 518
LB 600
Irving   TX 75062

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Stephen B. Darr
KPMG
99 High Street
Boston   MA 02110

**THE BAYARD FIRM**

A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Henry DeWerth-Jaffe, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia   PA 19103

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John G. Dorgan, Esqire
Buchanan Ingersoll, P.C.
One Oxford Centre
301 Grant Street
20th Floor
Pittsburgh   PA 15219

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Brian T Fitzgerald, Senior
Assistant County, Attorney
601 E. Kennedy Boulevard
14th Floor
FBN: 484067
Tampa   FL 33602

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael F. Duggan, Esq.
Phillips Goldman & Spence P.A.
1200 N. Broom Street
Wilmington   DE 19806

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Lisa Fleischer, Esq.
Advanta Leasing Services Corp.
1020 Laurel Oak Road
P.O. Box 1228
Vorhees   NJ 08043

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Brad B.  Erens, Esq.
Jones Day Reavis & Pogue
77 W. Wacker Drive
Chicago   IL 60601

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jeremy S. Friedberg, Esq.
James D. Sheets, Esq.
Leitess, Leitess & Friedberg P.C.
25 Hooks Lane, Suite 302
Baltimore   MD 21208

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kerry L. Ezrol, Esq.
Josias Goren Cherof Doody & Ezrol PA
3099 East Commercial Blvd.,
Suite 200
Fort Lauderdale   FL 33308

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Brian Gart, Esq.
David W. Baddley, Esq.
Greeberg Traurig LLP
401 East Las Olas Blvd.
Suite 2000
Fort Lauderdale   FL 33301

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Sherry Ruggiero Fallon, Esq
Tybout Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington   DE 19801

**THE BAYARD FIRM**
A  T  T  O  R  N  E  Y  S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Elizabeth K. Flaagan, Esq.
Holme Roberts & Owens LLP
1700 Lincoln
Suite 4100
Denver   CO 80203

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Roger  Frankel, Esq.
Swidler Berlin Shereff Friedman LLP
3000 K Street N.W.
Suite 300
Washington   D.C. 20007

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

James S.  Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington   DE 19899

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Greg R. Grabovac
Vice President and , General Counsel
The Fishel Company
1810 Arlingate Lane
Columbus   OH 43228

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Jeffrey C. Hampton, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia   PA 19102

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Robert E. Greenberg, Esq.
Friedlander Misler Sloan Kletzkin & Ochsman
1101 Seventeenth Street N.W.
Suite 700
Washington   D.C. 20036

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Wm. Brad , Heckenkamper
610 South Main
Suite 300
Tulsa   OK 74119

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Megan  Harper, Esq.
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington   DE 19801

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Cynthia C.  Hemmer
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Highway
Mailstop D17/03/0F2
Research Triangle Park   NC 27709

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Andrew W. Goldwater, Esq.
Friedman, Kaplan, Seiler & Adelman LLP
1633 Broadway
Floor 46
New York   NY 10019

## THE BAYARD FIRM
A   T   T   O   R   N   E   Y   S                222 DELAWARE AVENUE, SUITE 900
                                                 P.O. BOX 25130
                                                 WILMINGTON, DE 19899

Cheri  Hoff, Esq.
J. Gregory Milmoe, Esq.
Skadden Arps Slate Meagher & Flom
4 Times Square
New York   NY 10036

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

William E. Holland, Esq.
Coleman Tulley Newbern Kurrie Preston &
P.O. Box 5437
Valdosta   GA 31603

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael D. House, Esq.
Office of the City Attorney
City Hall Tower
P.O. Box 27210
Tuscon   AZ 27210

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Van J. Hooker, Esq.
Terrie Depratt Khoshbin, Esq.
Stutzman & Bromberg
2323 Bryan Street
Suite 2200
Dallas   TX 75201

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Clifton R. Jessup, Jr.
Bruce H. White
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas   TX 75201

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

James G. Henderson, Esq.
Pritchard McCall and Jones LLC
800 Financial Center
505 North 20th Street
Birmingham   AL 35203

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joseph H. Kasimer
Kasimer & Annino PC
7653 Leesburg Pike
Falls Church   VA 22043

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robert T. Hodous, Esq.
Payne & Hodous LLP
412 East Jefferson Street
Charlotsville   VA 22902

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Paul Kizel, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland   NJ 07068

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

D. Clay Holcomb, Esq.
Sheets Holcomb
Coble Building
620 S. Taylor, Suite 202
Amarillo   TX 79101

**THE BAYARD FIRM**
A T T O R N E Y S   222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Peggy A. Housner
Revenue Division
Department of Attorney General
First Floor Treasury Building
Lansing   MI 48922

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Guy Hulsenberg
Veritas Software Corporation
900 Alta Street
Mountain View   CA 94043

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joan Kennerly
Irving City Attorney's Office
825 West Irving Boulevard
Irving   TX 75060

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael S. Janin, Esq.
2222 West Grandview Boulevard
Eric   PA 16506

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington   DE 19801

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jennifer A. Kelleher, Esq.
Jan A. Van Amerongen, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington   DE 19801

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joshua S. Leach, Esq.
Goldberg, Stinnet, Meyers & Davis
44 Montgomery Street
Suite 2900
San Francisco   CA 94104

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth Street, N.W.
Suite 900
Washington   D.C. 20004

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Suzanne C. Leslie
Southwestern Bell
1 Bell Plaza
Suite 2900
208 South Akard Street
Dallas   TX 75202

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Leon V. Komkov, Esq.
Komkov P.C.
807 Brazos
Suite 1002
Austin   TX 78701

### THE BAYARD FIRM
A T T O R N E Y S        222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Nancy F. Loftus, Esq.
Department of Tax Administration
12000 Government Center Parkway
Suite 549
Fairfax   VA 22035

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joseph B. Lawter, Esq.
Law Offices of Joseph B. Lawter
104 West Gray
Norman   OK 73069

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

William  Metcalf
OnFiber Communications, Inc.
1192 N. Mopac Expressway
Suite 100
Austin   TX 78759

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Samantha D. Malloy
Senior Corporate Counsel
AT&T Wireless Legal Department
P.O. Box 24703
West Palm Beach   FL 33416

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Tomas Mikaelsson, CEO
Affinity Internet, Inc.
3250 West Commercial Boulevard
Suite 200
Ft. Lauderdale   FL 33309

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gary W. Marsh , Esq.
Long Aldridge & Norman LLP
One Peachtree Center
303 Peachtree Street
Suite 5300
Atlanta   GA 30308

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

MacNeil C.  Mitchell, Esq.
Hollace T. Cohen, Esq.
Winston & Strawn
200 Park Avenue
New York   NY 10166

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Richard G. Mason, Esq.
Eric M. Rosof, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York   NY 10019

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

NorAm Telecommunications, Inc.
P.O. Box 87550
Vancouver   WA 98687-7550

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jeanne M. Manikowski
Craig C. Gant
Lockheed Martin Corporation
Missiles & Fire Cont.
P.O. Box 650003, WT-05
Dallas   TX 75265

THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Rick S.  Miller, Esq.
Ferry & Joseph P.A.
824 Market Street
P.O. Box 1351
Wilmington   DE 19899

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Eric B. Miller, Esq.
Heather A. Klink, Esq.
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore   MD 21209

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jr. Tally F. Parker
J. Gregory Marks
Parker & Marks PC
1333 Coporate Drive
Suite 209
Irving   TX 75038

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Alison K North, Esq.
Pima County Attorney, Civil Division
32 N. Stone
Suite 2100
Tucson   AZ 85701

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Clyde A. Pine, Esq.
Mounce Green Myers Safi & Galatzan
P.O. Drawer 1977
El Paso   TX 79950

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gina T. Orlins
Vice President
Credit Suisse First Boston Corporation
11 Madison Avenue
21st Floor
New York   NY 10010

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Steven E. Palmer, Esq.
Chief Financial , Officer
Transportation Safety Contractors, Inc.
Viasys
135 Horizon Court
Lakeland   FL 33813

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Charles R. Owens
Fujitsu Network Communications, Inc.
2801 Telecom Parkway
Richardson   TX 75082

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

David M. Posner
Squadron Ellenoff Plesent & Sheinfeld LLP
875 3rd Avenue
New York   NY 10022

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Bruce E. Palmer
Tax Manager
State of Nevada
Employment Security Division
500 East 3rd Street
Carson City   NV 89713

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Larry E. Prince
Holland & Hart LLP
101 S. Capitol Boulevard
Suite 1400
Boise   ID 83702

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Wade H. Purcell, Esq.
Shapiro Fussell Wedge Smotherman Martin
Price LLP
One Midtown Plaza, Suite 1200
1360 Peachtree Street
Atlanta   GA 30309

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Lori  Robertson
Linebarger Heard Googan Blair Graham
Pena Sampson
1949 South IH 35 (78741)
P.O. Box 17428
Austin   TX 78760

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robert E. Marble , Trust
c/o Best Asset Management
300 East  Main
Suite 1208
El Paso   TX 79901

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kurt C.  Rommel, Esq.
Bracewell & Patterson LLP
12355 Sunrise Valley Drive
Suite 500
Reston   VA 20191

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Patricia Pyles McGonigle, Esq.
Seitz VonOgtrop & Green P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington   DE 19899

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Paul M. Rosenblatt, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street N.E.
Suite 2800
Atlanta   GA 30309

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gustav P. Rech, Esq.
Soffer & Rech LLP
48 Wall Street, 26th Floor
P.O. Box 1094
New York   NY 10268

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Michael D.  Rubenstein
Liskow & Lewis
701 Poydras Street
50th Floor
New Orleans   LA 70139

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Craig E.  Reimer, Esq.
David S. Curry, Esq.
Mayer Brown & Platt
190 South Lasalle Street
Chicago   IL 60603

**THE BAYARD FIRM**
A T T O R N E Y S    222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Stanley M.  Salus, Esq.
Wickwire Gavin PC
8100 Boone Boulevard
Suite 700
Vienna   VA 22182

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robert H. Rosenbaum
M. Evan Myers
Meyers Rodbell & Rosenbaum
Berkshire Building
6801 Kenilworth Avenue
Suite 400
Riverdale   MD 20737

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jeffrey C. Roth
Roth & Scholl
Rivergate Investigators LLC
1500 San Remo Avenue
Suite 176
Coral Gables   FL 33146

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Mark Rubin, Esq.
Law Office of Mark Rubin, PLC
4574 N. 1st Avenue
Suite 150
Tucson   AZ 85718

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Christie L. Ryan
Buchanan Kent, P.C.
909 ESE Loop 323
Suite777
Tyler   TX 75701

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Stanley J. Samorajczyk, Esq.
Jonathan L. Gold, Esq.
Akin Gump Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue N.W.
Washington   D.C. 20036

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joey E. Schlosberg
Shutts & Bowen LLP
201 South Biscayne Boulevard
1500 Miami Center
Miami   FL 33131

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto   CA 94306

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John M.  Seeberger
Law Offices of John M. Seeberger, P.A.
7100 German Hill Road
Baltimore   MD 21222

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Ellen G.  Schlossberg, Esq.
Vaughan & Murphy
260 Peachtree Street, NW
Suite 1600
Atlanta   GA 30303

## THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Securities and Exchange Commission
Office of Reorganization, Atlanta District Office
3475 Lenox Road N.E.
Suite 100
Atlanta   GA 30326

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Dennis J. Schaffer, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street
Suite 1400
Baltimore   MD 21202

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Nancy Smith
Assistant Corporation Counsel DC
441 4th Street, NW #6 North
Washington   DC 20001

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas   TX 75205

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Philip J. Siegel, Esq.
Hendrick Phillips Salzman & Flatt
1800 Peachtree Center Tower
230 Peachtree Street, N.W.
Atlanta   GA 30303

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Steve Sherman
7883 Vista Higuera
Carlsbad   CA 92009

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Paul Steven Singerman, Esq.
Ilyse M. Homer, Esq.
Berger Singerman
200 South Biscayne Boulevard
Suite 2950
Miami   FL 33131

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Charles E. Shigley
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle   WA 98104

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Evan D. Smiley
Albert Weiland & Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa   CA 92626

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Ellen W. Slights, Esq.
U.S. Attorney's Office
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington   DE 19899

**THE BAYARD FIRM**

A   T   T   O   R   N   E   Y   S          222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Robert A. Smithmidford
Bank of America, N.A.
ETA Managed Services
VA2-125-02-09
8011 Villa Park Drive
Richmond   VA 23228

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Sprint
Bankruptcy Department
M/S: KSOPHA 0216-2B618
6330 Sprint Parkway
Overland Park   KS 66251

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

John Stamm
Miami Dade County Tax Collector's Office
140 W. Flagler Street
Bankruptcy Unit
14th Floor
Miami   FL 33130

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue
10th Floor
P.O. Box 25046
Wilmington   DE 19899

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Gregory  Tobias
The Rouse Company
10000 W. Charleston Blvd.
Suite 200
Las Vegas   NV 89135

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Jeffrey L. Tarkenton
J. David Folds
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W. 7th Floor
Washington   DC 20005

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Joe Therrien
C/o Brett D. Sanger & Associates P.C.
Fiber Link, LLC
Holly Hefton
204 N. Robinson, Suite 1500
Oklahoma City   OK 73102

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Shane Turley, Esq
Adelphia Business Solutions
One North Market Street
Coudersport   PA 16915

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Elizabeth Weller, Esq.
Linebarger Heard Goggin Blair
Graham Pena Sampson
2323 Bryan Street
Suite 1720
Dallas   TX 75201

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

US LEC of Pennsylvania, Inc.
US LEC Corp-CABS
P.O. Box 601513
Charlotte   NC 28260

**THE BAYARD FIRM**
A   T   T   O   R   N   E   Y   S      222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Celeste G. Ward, Vice President
Bank of America, N.A.
Coporate & Procurement, NC1-023-09-01
525 North Tryon Street, 9th Floor
Charlotte   NC 28255

## THE BAYARD FIRM

A   T   T   O   R   N   E   Y   S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Allan  Wendelburg, Esq.
Law Offices of Allan Wendelburg
722 Yorklin Road
Stone Mill, Suite 300
Hockessin   DE 19707

## THE BAYARD FIRM

A   T   T   O   R   N   E   Y   S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

David B. Wheeler, Esq.
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston   SC 29413

## THE BAYARD FIRM

A   T   T   O   R   N   E   Y   S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy
P.O. Box 20207
Nashville   TN 37202-0207

## THE BAYARD FIRM

A   T   T   O   R   N   E   Y   S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington   DE 19801

## THE BAYARD FIRM

A   T   T   O   R   N   E   Y   S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington   DE 19899-1347