# THE BAYARD FIRM
### ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

mperri@bayardfirm.com
Direct dial: 302-429-4257



April 5, 2005

J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

**Attention:** **Francesca Tassone, Courtroom Deputy for Chief Judge Robinson**

Re:  *e.Spire v. Sean Scarlis, et al.* Civil Action No.: 05-107 (SLR)

Dear Francesca:

As per our telephone conversation of today's date, enclosed please find a disk containing a replacement proposed order for the *Motion of Chapter 11 Trustee to Approve a Compromise and Settlement Between the Trustee and Sean Scarlis, Anthony Pompliano, David Piazza, Bradley Sparks and National Union Fire Insurance Company of Pittsburgh, Pa.*, [Docket No.: 13].

Should you have any questions, please feel free to contact me at 302-429-4257. Thank you for your assistance, it is greatly appreciated.

Sincerely,

Maria G. Perri

Enclosure





582662v1