## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : |
| E.SPIRE COMMUNICATIONS, INC., *et al.*,: Case No. 01-0974 (DDS) |
| | : |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| Gary Seitz, as Chapter 11 Trustee of | : |
| E.SPIRE COMMUNICATIONS INC., | : |
| | : |
| Plaintiff, | : Civil Action No.: 05-107 (SLR) |
| | : |
| v. | : |
| | : |
| Sean Scarlis, Anthony Pompliano, | : |
| David Piazza and Bradley Sparks, | : Adversary Case No.: 04-53928 (DDS) |
| | : |
| Defendants. | : |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 4, 2005, Gary F. Seitz, the chapter 11 trustee ("Chapter 11 Trustee") of e.Spire Communications, Inc. filed the **Motion of the Chapter 11 Trustee to Approve Compromise and Settlement Between the Trustee and Sean Scarlis, Anthony Pompliano, David Piazza, Bradley Sparks and National Union Fire Insurance Company of Pittsburgh, PA** (the "Motion") [Docket No. 13].  A fully executed copy of the Settlement, as defined in the Motion, is attached hereto as Exhibit A.

Dated:  April 15, 2005
        Wilmington, Delaware

THE BAYARD FIRM

Charlene D. Davis (No. 2336)
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Gary F. Seitz, Chapter 11 Trustee

584209v1