IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | CHAPTER 11 |
| E.SPIRE COMMUNICATIONS, INC., *et al.*, : | Case No. 01-0974 (DDS) |
| Debtors. : | |
| : | (Jointly Administered) |
| Gary Seitz, as Chapter 11 Trustee of E.SPIRE COMMUNICATIONS INC., : | |
| Plaintiff, : | Civil Action No.: 05-107 (SLR) |
| v. : | |
| Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks, : | Adversary Case No.: 04-53928 (DDS) |
| Defendants. : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
                   § SS:
NEW CASTLE COUNTY §

Pamela A. Piunti, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, special counsel to Gary F. Seitz, the Chapter 11 Trustee in the above-captioned action, and that on the 15th day of April, 2005, she caused a copy of **Notice of Filing** to be served upon the parties listed on the attached service list via U.S. First Class mail.

_____
Pamela A. Piunti

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: April 15, 2005

_____
Notary Public

RENEE R. JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 23, 2008

584287v1

SERVICE LIST

| | |
|---|---|
| Bruce E. Jameson<br>Prickett, Jones & Elliot P.A.<br>1310 King Street<br>Wilmington, DE 19899 | Richard George<br>Stephanie A. Nashban<br>Lewis Brisbois Bisgaard & Lewis, LLP<br>100 Wall Street<br>Ninth Floor<br>New York, NY 10005 |
| Lewis H. Lazarus<br>Douglas N. Candeub<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899 | Richard A. Spehr<br>Joseph DeSimone<br>Leslie E. Chebli<br>MAYER BROWN ROWE & MAW LLP<br>1675 Broadway<br>New York, NY 10019 |
| Donna L. Culver<br>Morris Nichols, Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899 | Brian D. Roche<br>Jeffrey H. Bergman<br>Randall D. Lehner<br>Schnoff & Weaver, Ltd.<br>30 South Wacker Drive<br>Chicago, IL 60606 |