IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : |
| E.SPIRE COMMUNICATIONS, INC., *et al.*, | : Case No. 01-0974 (DDS) |
| | : |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| Gary Seitz, as Chapter 11 Trustee of | : |
| E.SPIRE COMMUNICATIONS INC., | : |
| | : |
| Plaintiff, | : Civil Action No.: 05-107 (SLR) |
| | : |
| v. | : |
| | : |
| Sean Scarlis, Anthony Pompliano, | : |
| David Piazza and Bradley Sparks, | : Adversary Case No.: 04-53928 (DDS) |
| | : |
| Defendants. | : |
| | : |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF CHAPTER 11
TRUSTEE TO APPROVE A COMPROMISE AND SETTLEMENT BETWEEN
THE TRUSTEE AND SEAN SCARLIS, ANTHONY POMPLIANO,
DAVID PIAZZA, BRADLEY SPARKS AND NATIONAL UNION
<u>FIRE INSURANCE COMPANY OF PITTSBURGH, PA.</u>**

I, Anthony M. Saccullo, of The Bayard Firm, counsel for Gary F. Seitz as chapter 11 trustee (the "Chapter 11 Trustee ") to the estates of the above-captioned debtors (the "Debtors"), hereby certify and state as follows:

1. On March 16, 2005, this Court entered an Order withdrawing the reference in the above-captioned adversary proceeding.

2. On April 4, 2005, the Chapter 11 Trustee filed a Motion (the "9019 Motion") seeking this Court's approval of a settlement agreement (the "Settlement") that, *inter alia,* resolved the issues and causes of action asserted in the above-referenced

adversary proceeding. Objections to the 9019 Motion were due to be filed and served no later than April 24, 2005. To date, no objection or other response to the 9019 Motion has been filed.

3.  The Settlement also resolved issues and causes of action asserted by the Chapter 11 Trustee against National Union Fire Insurance Company of Pittsburgh, Inc., as asserted in adversary proceeding number 04-55082 (the "DEC Action") pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). As such, the Chapter 11 Trustee also sought the Bankruptcy Court's approval of the Settlement.

4.  On April 26, 2005, this Bankruptcy Court entered an Order approving the Settlement in the DEC action and the Debtors' bankruptcy cases. To date, however, this Court has not entered an Order approving the Settlement in this adversary proceeding.

5.  Attached hereto as Exhibit A is the Bankruptcy Court's Order approving the Settlement. Attached hereto as Exhibit B is a proposed form of Order of this Court approving the Settlement in this adversary proceeding.

WHEREFORE, the Chapter 11 Trustee respectfully requests that this Court enter an Order, substantially in the form attached hereto as Exhibit B, approving the Settlement and granting such other and further relief as is just and proper.

Dated: June 13, 2005

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Gary F. Seitz,*
*Chapter 11 Trustee*