# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : |
| E.SPIRE COMMUNICATIONS, INC., *et al.*, | : Case No. 01-0974 (DDS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| Gary Seitz, as Chapter 11 Trustee of E.SPIRE COMMUNICATIONS INC., | : |
| | : |
| Plaintiff, | : Civil Action No.: 05-107 (SLR) |
| | : |
| v. | : |
| | : |
| Sean Scarlis, Anthony Pompliano, David Piazza and Bradley Sparks, | : Adversary Case No.: 04-53928 (DDS) |
| | : |
| Defendants. | : |

**ORDER APPROVING COMPROMISE AND SETTLEMENT
BETWEEN THE TRUSTEE AND SEAN SCARLIS, ANTHONY POMPLIANO, DAVID
PIAZZA, BRADLEY SPARKS AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.**

Upon the *Motion of Chapter 11 Trustee to Approve a Compromise and Settlement Between the Trustee and Sean Scarlis, Anthony Pompliano, David Piazza, Bradley Sparks and National Union Fire Insurance Company of Pittsburgh, Pa.* (the "Motion")[1] of Gary F. Seitz, the chapter 11 trustee ("Chapter 11 Trustee") of e.Spire Communications, Inc., a Delaware corporation, and its subsidiaries and affiliates (collectively, the "Debtors"), for an Order approving the Settlement; and this Court having reviewed the Motion; it appearing to this Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

582982v1

Court finding that notice of the Motion given by the Chapter 11 Trustee is appropriate under the circumstances; and (c) this Court being fully advised and having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Chapter 11 Trustee shall be, and hereby is, authorized to enter into and perform his obligations under the Settlement.

3. The Settlement and the terms set forth therein shall be, and hereby are, APPROVED, and such terms are incorporated by reference as if fully set forth herein.

4. This Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement and/or implementation of this Order.

Dated: _____

_____
THE HONORABLE SUE L. ROBINSON
CHIEF JUDGE

582982v1

2